UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIN LUN HO,<br>aka Jason Ho<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br>31 U.S.C. § 5314<br>31 U.S.C. § 5322(a) |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
### Failure to File Report of Foreign Bank Account

On or about June 30, 2021, in the Southern District of Ohio and elsewhere, the defendant, **TIN LUN HO, aka Jason HO**, unlawfully, willfully, and knowingly did fail to file with the U.S. Department of Treasury's Financial Crimes Enforcement Network (FinCEN), FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), disclosing that he had an interest in and signature authority over a financial account in a foreign country, namely, a bank account at China Construction Bank in the People's Republic of China, which had a value of more than $10,000 at some time during the calendar year 2020.

**All in violation of 31 U.S.C. §§ 5314 & 5322(a).**

KENNETH L. PARKER
UNITED STATES ATTORNEY

S. COURTER SHIMEALL (0090514)
Assistant United States Attorney

1