IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | |
| Plaintiff, | : | **NOTICE** |
| | : | |
| v. | : | Case No. 2:24-cr-172 |
| | : | |
| Tin Lun Ho, | : | CHIEF JUDGE MARBLEY |
| | : | |
| Defendant. | : | |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: UNITED STATES DISTRICT COURT   Courtroom 331
85 Marconi Boulevard
Columbus, OH 43215                    January 17, 2025 @ 11:15 a.m.

***If an interpreter is needed, please notify ASAP***

TYPE OF PROCEEDING:     Arraignment on Information

DATE: November 21, 2024

ALGENON L. MARBLEY
United States Chief District Judge

_____
(By) Diane M. Stash, Deputy Clerk
(614) 719-3265